UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dennis Murphy,<br><br>                Plaintiff,<br>v.<br><br>Valentine & Kebartas, Inc.; and DOES 1-10, inclusive,<br><br>                Defendants. | Civil Action No.: 1:10-cv-10054-NG |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND
VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Plaintiff, Dennis Murphy, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: June 7, 2010

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg, Esq.
BBO No.: 650671
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system.

By: /s/ Sergey Lemberg
Sergei Lemberg, Esq.